# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**3M COMPANY,**

    Plaintiff,

v.                                               Case No: 8:21-cv-771-MSS-AAS

**MM MEDICAL SUPPLY, LLC,**

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal of All Claims with Prejudice, (Dkt. 50) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 25th day of January 2023.

                                                                             _____
                                                                             MARY S. SCRIVEN
                                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party